FILED
VANESSA L ARMSTRONG, CLERK
Jul 16 2020
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

3:20-cv-503-RGJ

Hi, My name is Gary Thompson. I am a disabled inmate housed at Oldham County Detention Center in LaGrange KY. Since my arrival to Oldham County Detention Center January 6, 2020 the Constitutional Violations, Common Law Violations, and Cruel and inhumane abuse I have been forced to endure is horrific. Since my arrival to Oldham County Detention Center I have been housed in numerous different Non Handicapped accessable cells, despit numerous falls out of non handicapped accessable showers, crashing into the concrete floor located just outside of the non accessable shower, or falls off of non Handicapped accessable Toilets, Crashing into the concrete floor, at times when officers would observe me laying on the ground after falling, officers would laugh at me and mock my predicament and say to me you are not disabled quit faking. I have also had many of the medical staff (Southern Health Partners) employed here at Oldham County Detention accuse me of faking my disabilities, and refuse to provide me with an AFO (Ankle Foot Orthesis) Orthopedic Shoes, a Wheelchair or and/or Occupational and Phsical Therapy, I have had Medical Staff stand up over my hurt body after falling and say to me, "I saw you on TV, there is nothing Wrong with you, you are not disabled quit faking, and leave me laying on the floor after falling, I have had officers and medical staff leave me laying naked on an A-Jax drenched floor, after slipping and falling on the slippery chimical drenched floor, I was forced to lay naked in the ajax drenched floor for or about two hours, I drank the cleaning chimical A-Jax infront of officers and was refused to give me medical treatment, I have been made to wait lenghy to shower, because officers have refused to bring me to a handi capped accessable shower to bath, I have had officers tell me that "I don't give a fuck about you, or your need for a handicapped accessable shower, because you are not as disabled as you say you are", or "I don't give a fuck about you, or your disabilities, because you are not disabled, although I was provided a permanent handicapped accessable cell after about four months, after having lived at Oldham County (Federal Hold over) and numerious falls, the abuse and violations continued, Please note as follows, I fell trying to be mobile in my handicapped accessable cell many different times, after these falls I was unable to take a single step without excruciating pain shooting through my left Pelvis, Leg, Foot, and Ankle,

Turn over →

On June 17th 2020, I fell striking my head, in cell 522, I was knocked unconscious, I woke on the floor and began screaming for help, officers and Medical entered my cell, three or so officers lifted me to my bunk, I was crying with pain throughout my body, nurse Mary looked at me and said in a very mean, very low voice "Your really acting for them," her and the officers then left me laying on my bunk crying and begging for help, I was unable to put any weight on my left leg from June 17th to June 22, 2020 without falling and crashing into the concrete floor, for this six day period from June 17th 12:00 AM to June 22, I was bed ridden, and unable to walk to the Toilet to use the restroom, or walk to the sink to access water or walk to the shower to bathe, during this six day period officers nor Medical would help me to the toilet, only a couple of officers gave me any water during this six days, Medical would only give me water when I had meds, during this six day period I was forced to defacate and urinate on my self, drink my own urin because I was starving for water, and barley anybody would get me water, I was forced to go without a shower for the entire six days, on five different occations I tryst to walk to the Toilet or sink but just fell crashing into the concrete floor left side first, two of the five falls officers and Medical left me laying, and left my cell refusing to help me get up, Please help me Judge Stivers, I do not like it here, I'm very scared, since the fall on the 17th of June 2020 the officers have taken my phone and TV, so I can't tell on them, at one point during this six day period I lowered my body with my god to the floor and scooted my body to the door and screamed for inmates to please call the Marshells to help me, but the officers put me in the restraint chair for doing that, Please Help Me MR. Stivers, call the Marshells and report these abusers, Please help me.

Casey Thompson
174000-033

Gary Thompson 17400-033
Oldham County Jail
3405 W. Hwy 146
LaGrange, Ky 40031

OLDHAM COUNTY DETENTION
INMATE MAIL
NOT RESPONSIBLE FOR CONTENTS

LOUISVILLE KY 400
30 JUN 2020 PM 1 L

Barn Swallow

Office Of The CLERK
United States District Courthouse
Room 120 William H. Natcher U.S. Courthouse
241 East Main Street
Bowling Green, Ky 42101-2175

RECEIVED
JUL 16 2020
U.S. DISTICT CLERK
WEST'N. DIST. KENTUCKY